# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00296-CR

**Lance William Tisdale, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 002194, HONORABLE JON N. WISSER, JUDGE PRESIDING

Appellant Lance William Tisdale pleaded guilty to aggravated robbery. *See* Tex. Pen. Code Ann. ' 29.03 (West 1994). The district court adjudged him guilty and assessed punishment at imprisonment for twenty-four years. In his only point of error, appellant contends the record does not contain evidence to support the conviction. We will overrule this contention and affirm.

When a defendant waives his right to trial by jury and pleads guilty to a felony, the State must Aintroduce evidence into the record showing the guilt of the defendant . . . and in no event shall a person charged be convicted upon his plea without sufficient evidence to support the same.@ Tex. Code Crim. Proc. Ann. art. 1.15 (West Supp. 2002). Appellant asserts that the record contains no evidence of his guilt in any form, and therefore article 1.15 was not satisfied.

The clerk=s record contains an all-in-one Aplea of guilty, admonishments, waiver, stipulation & judicial confession.@ This document contains the following:

6. Waive my right to remain silent and state that it is my desire to make a judicial confession of my guilt. I have read the indictment or information filed in this case and:

_____A. I committed and am guilty of each and every allegation it contains.

. . .

I swear to all of the foregoing . . . . I am pleading guilty freely and voluntarily and because I am guilty.

In the blank beside the letter A are a hand printed AX@ and appellant=s initials. The document was sworn to and signed by appellant before a deputy district clerk.

Appellant=s sworn statement that he has read the indictment and that he committed and is guilty of each and every allegation contained therein is a judicial confession adequate to satisfy article 1.15. *See Dinnery v. State*, 592 S.W.2d 343, 352 (Tex. Crim. App. 1980) (op. on reh=g); *Jones v. State*, 857 S.W.2d 108, 110-11 (Tex. App.CCorpus Christi 1993, no pet.). The point of error is overruled.

The judgment of conviction is affirmed.

_____

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Affirmed

Filed:  June 13, 2002

Do Not Publish

2